IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SAGE REDWIND,

                Plaintiff,

     v.

WESTERN UNION, LLC.,

                Defendant.

No. 3:14-cv-01699-AC

ORDER

HERNÁNDEZ, District Judge:

Magistrate Judge Acosta issued a Findings and Recommendation [183] on May 2, 2016, in which he recommends that this Court grant Defendant's motion for summary judgment. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Plaintiff filed timely objections to the Magistrate Judge's Findings & Recommendation. When any party objects to any portion of the Magistrate Judge's Findings & Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's

1 - ORDER

report.  28 U.S.C. § 636(b)(1); <u>Dawson v. Marshall</u>, 561 F.3d 930, 932 (9th Cir. 2009); <u>United</u>

<u>States v. Reyna-Tapia</u>, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

The Court has carefully considered Plaintiff's objections and concludes there is no basis

to modify the Findings & Recommendation.  The Court also reviewed the pertinent portions of

the record *de novo* and finds no other errors in the Magistrate Judge's Findings &

Recommendation.

CONCLUSION

The Court ADOPTS Magistrate Judge Acosta's Findings and Recommendation [183].

Accordingly, Defendant's Motion for Summary Judgment [95] is granted.

IT IS SO ORDERED.

DATED this _____16_____ day of _____June_____ , 2016.

_____
MARCO A. HERNÁNDEZ
United States District Judge

2 - ORDER